USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/5/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carmen Parada

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

10 Civ. 0883 (SHS) ( )

-against-

Banco Industrial de Venezuela, C.A.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

PRO SE OFFICE

**APPLICATION FOR THE COURT TO REQUEST COUNSEL**

1. Name of applicant. Carmen Parada

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)

"See attachment"

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)

"See attachment"

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

Spanish

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: September 20, 2010

[signature]
*Signature*

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carmen Parada

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Banco Industrial De Venezuella, C.A.

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

10 Civ. 0883 (SHS) (__)

**REQUEST TO PROCEED *IN FORMA PAUPERIS* FOR APPLICATION FOR THE COURT TO REQUEST COUNSEL**

I, Carmen Parada, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   N/A

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month

   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   a) November 20, 2006 – November 8, 2007

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   a) Are you receiving any public benefits? ☑ No. ☐ Yes, $________.

   b) Do you receive any income from any other source? ☑ No. ☐ Yes, $________.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No. ☐ Yes, $ 0.00.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☑ No. ☐ Yes, __________.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☑ No. ☐ Yes, $ ______.

7. List the person(s) that you pay money to support and the amount you pay each month.

N/A

8. State any special financial circumstances which the Court should consider.

Due to Long Term Disability, Social Security Income, and unemployment benefits were denied, as a result of disability / employment Terminations. The Plaintiff did not have any Financial Resources

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 20 (*date*) day of September (*month*), 2010 (*year*).

____________________
*Signature*

September 22, 2010

Honorable Judge Sidney H Stein

Case No. 10-civ-00883 - SHS

Carmen Parada v. Banco Industrial de Venezuela, C.A.

Attachment to the Application for the Court to Request Counsel and Request to Proceed in Forma Pauperis for the Application for the Court To Request Counsel.

Dear Honorable Judge Stein:

On March 3, 2010 the plaintiff submitted the applications mentioned above stating that they were being denied without prejudice to renewing them later in the litigation.

Plaintiff is submitting this application for your consideration with regards to the approval of the counsel due to the fact that legal issues such as disability discrimination and retaliation under federal and local anti – discrimination laws, are very complex, and plaintiff has been under a lot of duress for more than 3 years. Since she is receiving no income it makes it impossible to hire a lawyer.

At this point in time the plaintiff is recovering from lumbar sacral spine surgery and still suffering severe/chronic pain caused by the insertion of prosthetic disc, rods and screws with a large screw bridging both sides of the spinal cord, not enabling her to sit for long periods of time.

Plaintiff has been submitted to the court that you preside as a Pro Se litigant since the beginning of this process the Employment Discrimination Application, has served the defendants and has been responded to the motions brought up by the opposing counsel on time.

Actually, plaintiff is preparing substantial documentation as evidence of this case for Summary Judgment Motion filed by the defendants on September 20, 2010.

"Your honor", the plaintiff needs an attorney to help her complete the litigation process effectively. At this time in the litigation, the plaintiff she will need an attorney for the next phase in the litigation.

Respectfully,

Carmen Parada

Internal Revenue Service

PHILADELPHIA, PA 19255-1498

Tracking ID: 100078342482
Date of Issue: 09-14-2010

QUEENS COLLEGE
6530 KISSENA BLVD
FLUSHING, NY 11367

Taxpayer's Name: Carmen L Parada
Taxpayer Identification Number: 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
Tax Period or Periods: December, 2009
Return: 1040

**Information About the Request We Received**

**Why We're Contacting You**

We're contacting you to report on the status of the request we received.

**Information About the Status of The Request**

On September 14, 2010, your office submitted a request for taxpayer information.

We received a request dated September 14, 2010 for verification of non-filing of returns for above tax period or periods. We have no record of a filed Form 1040, 1040A, or 1040EZ using the above Social Security Number. You can consider this letter a verification of non-filing.

**How To Contact Us**

Please call us at 1-800-829-0922 if you have any questions regarding this letter or if you need additional information.

Sincerely Yours,

Beth Jones

Beth Jones, Director
Electronic Products & Svcs Support

166

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
PRO SE OFFICE
2010 OCT -5 A 11: 50

CARMEN PARADA

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

10 Civ. 0883 (SHS)( )

- against -

**AFFIRMATION OF SERVICE**

BANCO Industrial De Venezuela, S.A.
c/o ALFREDO GONZALES, ALEXANDRA BERMEO
OSCAR RECINOS, DIANA FERNANDEZ,
DANIEL BETANCES, FLOR VALERDI, FRANKLY Felix
IRIS ROSA

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, CARMEN PARADA (name), declare under penalty of perjury that I have served a copy of the attached APPLICATION FOR THE COURT TO Request Counsel Counsel AND REQUEST TO PROCEED IN F PAUPERIS. (document you are serving) upon LEWIS BRISBOIS BISGAARD & SMITH LLP (name of person served) whose address is 77 WATER ST, SUITE 2100, NEW YORK, N.Y 10005 ATTN: MAUREEN M. STAMP Gregory Glickman (where you served document) by MAIL (how you served document: For example - personal delivery, mail, overnight express, etc.).

Dated: New York (town/city), NY (state)

10 (month) 04 (day), 2010 (year)

[signature]
Signature

82-16 138th ST, APT B,
Address

Kew Gardens Hills, N.Y
City, State

11367
Zip Code

(718) 261-0520
Telephone Number